IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 05-166 |
| | ) | |
| CERTAIN ACCOUNTS, PERSONAL PROPERTY AND REAL PROPERTY OWNED AND CONTROLLED BY BARRY KORCAN, KORCAN AND ASSOCIATES AND QUEST DEVELOPMENT, LLC | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF COURT**

AND NOW, this 8th day of Dec, 2007, it is hereby ORDERED, ADJUDGED and DECREED that above-captioned civil forfeiture action is stayed until further Order of Court. The Clerk shall mark this case administratively closed. The United States shall notify the Court upon the conclusion of the defendant property sales.

United States District Judge