IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 05-166 |
| | ) |
| CERTAIN ACCOUNTS, PERSONAL | ) |
| PROPERTY AND REAL PROPERTY | ) |
| OWNED AND CONTROLLED BY BARRY | ) |
| KORCAN, KORCAN AND ASSOCIATES | ) |
| AND QUEST DEVELOPMENT, LLC | ) |
| | ) |
| Defendants. | ) |

**ORDER**

AND NOW, this ___ day of _____, 2008, it is hereby, ORDERED,

ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and incorporated

by reference in its entirety into this Order.

_____ J.