IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>  Plaintiff, )<br>  vs. )<br>)<br>CERTAIN ACCOUNTS, PERSONAL )<br>PROPERTY AND REAL PROPERTY )<br>OWNED AND CONTROLLED BY )<br>BARRY KORCAN, KORCAN AND )<br>ASSOCIATES AND QUEST )<br>DEVELOPMENT, LLC )<br>)<br>  Defendants. ) | Civil Action No. 05-166 |

## **ORDER OF COURT**

AND NOW, this **25** day of **Feb**, 2011, upon consideration of the United States' Motion, it is hereby ORDERED, ADJUDGED AND DECREED that:

(1) the assets listed below, which are currently deposited in the United States Marshals Service's forfeiture holding account, are forfeited to the United States free and clear of all right, title and interest of any person or entity:

```
05-USP-000101   $173,344.88
05-USP-000801   $105,048.81
05-USP-000802   $322,461.42
05-USP-000863   $     30.46
```

(2) The case shall remain stayed and administratively closed until further order of court.

_____
United States District Judge