## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 05-166 |
| | ) |
| CERTAIN ACCOUNTS, PERSONAL | ) |
| PROPERTY AND REAL PROPERTY | ) |
| OWNED AND CONTROLLED BY | ) |
| BARRY KORCAN, KORCAN AND | ) |
| ASSOCIATES AND QUEST | ) |
| DEVELOPMENT, LLC | ) |
| | ) |
| Defendants. | ) |

## O R D E R  OF  COURT

AND NOW, this ___6___ day of ___April___ 2011, upon consideration of the United

States' Motion, it is hereby ORDERED, ADJUDGED AND DECREED that:

(1) the assets listed below, which are currently deposited in the United States Marshals

Service's forfeiture holding account, are forfeited to the United States free and clear of all right,

title and interest of any person or entity:

05-USP-001226    $174,495.30

(2) The case shall remain stayed and administratively closed until further order of court.

United States District Judge