IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action No. 05-166 |
| | ) | |
| CERTAIN ACCOUNTS, PERSONAL PROPERTY AND REAL PROPERTY OWNED AND CONTROLLED BY BARRY KORCAN, KORCAN AND ASSOCIATES AND QUEST DEVELOPMENT, LLC | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R OF COURT**

AND NOW, this 21st day of June, 2011, upon consideration of the United States' Motion, it is hereby ORDERED, ADJUDGED AND DECREED that:

(1) the asset listed below, which is currently deposited in the United States Marshals Service's forfeiture holding account, is forfeited to the United States free and clear of all right, title and interest of any person or entity:

05-USP-001224   $ 77,570.81

(2) The case shall remain stayed and administratively closed until further order of court.

_____
United States District Judge