IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 05-166 |
| | ) |
| CERTAIN ACCOUNTS, PERSONAL | ) |
| PROPERTY AND REAL PROPERTY | ) |
| OWNED AND CONTROLLED BY | ) |
| BARRY KORCAN, KORCAN AND | ) |
| ASSOCIATES AND QUEST | ) |
| DEVELOPMENT, LLC | ) |
| | ) |
| Defendants. | ) |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2011, it is hereby ORDERED,

ADJUDGED and DECREED that Quest Devlopment, LLC. (Quest Development) is authorized to

sell by interlocutory sale the defendant real property located at 1305-1307 8th Avenue, Beaver Falls,

Beaver County, Pennsylvania 15010 (the 1305-1307 8th Avenue Property) to James G. Camp, IV,

for the price of $1.00 pursuant to the agreement of sale attached to the government's motion as

Exhibit A. The interlocutory sale will be "as-is" and will be free and clear of all of the forfeiture

rights of the United States.

It is further ORDERED that Quest Development, LLC. execute a special warranty deed to

the purchaser. Title shall pass directly from the current title holder, Quest Development, to the

purchasers. The United States will not be in the chain of title with regard to the sale of the 1305-

1307 8th Avenue Property.

It is further ORDERED that the net sales price, after payment of the real estate commissions, taxes, mortgage and judgment liens of record prior to the United States' filing of its lis pendens, and other valid charges against the 1305-1307 8th Avenue Property at time of closing, will be deposited by the United States Attorney into the Quest Development Rental Money Court Ordered Account, account number 700-799232 at First National Bank of Pennsylvania, subject to the Court's prior orders regarding the Quest Development Rental Money Court Ordered Account, except that monies may be transferred by the United States Attorney from account number 700-799232 to the Quest Account, account number 700-799240, to the extent necessary to pay expenses of Quest Development that are preapproved by the United States Attorney. Any disputes concerning the validity and/or priority of liens shall be resolved by the United States District Court prior to closing. The net proceeds of sale will become the substitute res in this action.

It is further ORDERED that a check be issued from the Quest Development Rental Money Court Ordered Account, account number 700-799232 at First National Bank of Pennsylvania in the amount of $500.00 made payable to American General to cover various closing costs.

United States District Judge