IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Civil Action No. 05-166 |
| | ) |
| CERTAIN ACCOUNTS, PERSONAL | ) |
| PROPERTY AND REAL PROPERTY | ) |
| OWNED AND CONTROLLED BY BARRY | ) |
| KORCAN, KORCAN AND ASSOCIATES | ) |
| AND QUEST DEVELOPMENT, LLC | ) |
| | ) |
| Defendant. | ) |

ORDER

AND NOW, this ___ day of _____, 2011, upon consideration of the

United States' Motion to Dismiss without Prejudice, it is hereby ORDERED, ADJUDGED, AND

DECREED, that the real property known and numbered as 1021 Highland Avenue, Patterson

Township, Beaver Falls, PA 15010, including all improvements, fixtures and appurtenances

thereto and therein is dismissed without prejudice from the above-captioned case.

United States District Court Judge