IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>CERTAIN ACCOUNTS, PERSONAL )<br>PROPERTY AND REAL PROPERTY )<br>OWNED AND CONTROLLED BY BARRY )<br>KORCAN, KORCAN AND ASSOCIATES )<br>AND QUEST DEVELOPMENT, LLC )<br>)<br>Defendant. ) | Civil Action No. 05-166 |

## ORDER

AND NOW, this 14th day of Dec, 2011, upon consideration of the United States' Motion to Dismiss without Prejudice, it is hereby ORDERED, ADJUDGED, AND DECREED, that the real property known and numbered as 1021 Highland Avenue, Patterson Township, Beaver Falls, PA 15010, including all improvements, fixtures and appurtenances thereto and therein is dismissed without prejudice from the above-captioned case.

_____
United States District Court Judge