IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| vs. | ) Civil Action No. 05-166 |
| | ) |
| CERTAIN ACCOUNTS, PERSONAL | ) |
| PROPERTY AND REAL PROPERTY | ) |
| OWNED AND CONTROLLED BY BARRY | ) |
| KORCAN, KORCAN AND ASSOCIATES | ) |
| AND QUEST DEVELOPMENT, LLC | ) |
| | ) |
| Defendant. | ) |

ORDER

AND NOW, this _17th_ day of _____ , 2012, it is hereby

ORDERED, ADJUDGED, and DECREED that the following parcels of real property are hereby

dismissed from this action:

> 9020 Kiowa Cove, Negley, OH 44441
> 1537 Virginia Drive, Monaca, PA 15061
> 4 Unit Apartment Building and 5.9 acres, Theodore Drive, Chippewa Township

. The Clerk shall mark this case closed.

_____
United States District Judge