IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> CERTAIN ACCOUNTS, PERSONAL ) <br> PROPERTY AND REAL PROPERTY ) <br> OWNED AND CONTROLLED BY BARRY ) <br> KORCAN, KORCAN AND ASSOCIATES ) <br> AND QUEST DEVELOPMENT, LLC ) <br> ) <br> Defendant. ) | Civil Action No. 05-166 |

## ORDER

AND NOW, this 17th day of Jan, 2012, it is hereby

ORDERED, ADJUDGED, and DECREED that the following parcels of real property are hereby dismissed from this action:

    9020 Kiowa Cove, Negley, OH 44441
    1537 Virginia Drive, Monaca, PA 15061
    4 Unit Apartment Building and 5.9 acres, Theodore Drive, Chippewa Township

. The Clerk shall mark this case closed.

                                                                                                        United States District Judge