UNITED STATES OF AMERICA           )
                                   )
      Plaintiff,                   )
      vs.                          )          Civil Action No. 05-166
                                   )
CERTAIN ACCOUNTS, PERSONAL         )
PROPERTY AND REAL PROPERTY         )
OWNED AND CONTROLLED BY            )
BARRY KORCAN, KORCAN AND           )
ASSOCIATES AND QUEST               )
DEVELOPMENT, LLC                   )
                                   )
      Defendants.                  )

## O R D E R  OF  COURT

AND NOW, this 30ᵗʰ day of _____, 2012, upon consideration of the

United States' Motion to Liquidate Accounts and Transfer Funds to the U.S. Marshals Service, it

is hereby ORDERED, ADJUDGED AND DECREED that:

(1) First National Bank liquidate and close the following accounts:

   Korcan Court Ordered Account, Account No. 700799190
   Quest Development Court Ordered Account, Account No. 700799216
   Korcan & Assoc. Court Ordered Account, Account No. 700799208
   Guardian Investment Partners, Account No. 700799224
   Quest Developmental Rental Money Court Ordered Account, No. 700799232

(2) It is further ordered that First National Bank issue a check made payable to the United

States Marshals Service for deposit into the asset forfeiture holding account, and allow a

representative from the United States Attorney's Office to collect the check from First National

Bank.

(3) The case shall remain stayed and administratively closed until further order of court.

_____
United States District Judge