IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 05-166 |
| CERTAIN ACCOUNTS, PERSONAL PROPERTY AND REAL PROPERTY OWNED AND CONTROLLED BY BARRY KORCAN, KORCAN AND ASSOCIATES AND QUEST DEVELOPMENT, LLC | ) |
| Defendant. | ) |

ORDER

AND NOW, this 30th day of Jan, 2012, it is hereby ORDERED, ADJUDGED, and DECREED that the following parcel of real property is hereby dismissed from this action: 1804 4th Ave, Beaver Falls, PA.

The Clerk shall mark this case closed.

/s/ United States District Judge