IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action No.  05-166 |
| | ) | |
| CERTAIN ACCOUNTS, PERSONAL | ) | |
| PROPERTY AND REAL PROPERTY | ) | |
| OWNED AND CONTROLLED BY | ) | |
| BARRY KORCAN, KORCAN AND | ) | |
| ASSOCIATES AND QUEST | ) | |
| DEVELOPMENT, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R  OF  COURT

AND NOW, this ___6___ day of ___Feb___, 2012, upon consideration of the

United States' Motion, it is hereby ORDERED, ADJUDGED AND DECREED that:

(1)  the assets listed below are forfeited to the United States free and clear of all right, title

and interest of any person or entity:

| | |
|---|---|
| 05-USP-000902 | $ 12,785.15 |
| 05-USP-000907 | $  1,230.78 |
| 05-USP-000908 | $  2,461.56 |
| 05-USP-000909 | $  7,316.30 |
| 05-USP-000911 | $  8,752.21 |
| 05-USP-000914 | $ 11,350.52 |
| 05-USP-000915 | $  1,777.79 |
| 05-USP-000919 | $  6,017.15 |
| 05-USP-000920 | $  4,170.98 |
| 05-USP-000923 | $  3,487.21 |
| 05-USP-000925 | $  9,025.72 |
| 05-USP-001367 | $  1,921.68 |
| 05-USP-001368 | $  1,576.15 |

(2)  The case shall remain stayed and administratively closed until further order of court.

United States District Court Judge