IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Civil Action No. 05-166 |
| ) | |
| CERTAIN ACCOUNTS, PERSONAL ) | |
| PROPERTY AND REAL PROPERTY ) | |
| OWNED AND CONTROLLED BY BARRY ) | |
| KORCAN, KORCAN AND ASSOCIATES ) | |
| AND QUEST DEVELOPMENT, LLC ) | |
| ) | |
| Defendant. ) | |

ORDER

AND NOW, this 13th day of Feb, 2012, upon consideration of the United States' Motion to Dismiss, it is hereby ORDERED, ADJUDGED, AND DECREED, that First National Bank Account No. 5147152 in the name of Quest Development, LLC is dismissed without prejudice from the above-captioned case.

_____
United States District Court Judge