IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) ) | |
| vs. | ) ) | Civil Action No. 05-166 |
| CERTAIN ACCOUNTS, PERSONAL PROPERTY AND REAL PROPERTY OWNED AND CONTROLLED BY BARRY KORCAN, KORCAN AND ASSOCIATES AND QUEST DEVELOPMENT, LLC | ) ) ) ) ) ) ) | |
| Defendant. | ) | |

ORDER

AND NOW, this 13th day of Feb , 2012, it is hereby ORDERED, ADJUDGED, and DECREED that the following parcel of real property is hereby dismissed from this action: real property known and numbered as 1305-1307 8th Avenue, Beaver Falls, PA

The Clerk shall mark this case closed.

/s/ _____
United States District Court Judge